UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 23-51-DLB-MAS-1
CIVIL ACTION NO. 25-81-DLB-MAS

UNITED STATES OF AMERICA                                PLAINTIFF

v.            **ORDER ADOPTING REPORT AND RECOMMENDATION**

TYJUAN CROSSTY                                        DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the September 29, 2025 Report and Recommendations ("R&R") of United States Magistrate Judge Matthew A. Stinnett (Doc. # 52), wherein he recommends that Defendant's Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255 (Doc. # 40, 44) be denied.

No objections have been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's R&R (Doc. # 52) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     The Defendant's Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255 (Doc. # 40, 44) is hereby **DENIED**;

(3)     This matter is **DISMISSED with prejudice** and **STRICKEN** from the Court's active docket;

(4)    For the reasons set forth herein and in Judge Stinnett's R&R (Doc. # 52), the Court determines that there is no arguable merit for appeal in this matter and, therefore, **A CERTIFICATE OF APPEALBILITY SHALL NOT ISSUE**; and

(5)    An accompanying Judgment shall be entered contemporaneously herewith.

This 9th day of December, 2025.



Signed By:
**David L. Bunning**  *DB*
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Covington Criminal\2023\23-51 Order Adopting R&R.docx